## THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE CIVIL DIVISION

| | |
|---|---|
| **ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**HONEYWELL INTERNATIONAL, INC.,**<br><br>　　　　**Defendant.** | **CIVIL ACTION NO. 1:19-cv-00703-RGA**<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Rothschild Broadcast Distribution Systems LLC hereby files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Rothschild Broadcast Distribution Systems LLC hereby voluntarily dismisses this action against Honeywell International, Inc., without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

DATED May 9, 2019　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　**STAMATIOS STAMOULIS (#4606)**
　　　　　　　　　　　　　　　　　　**STAMOULIS & WEINBLATT LLC**
　　　　　　　　　　　　　　　　　　800 N. West Street Third Floor
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　(302) 999-1540
　　　　　　　　　　　　　　　　　　stamoulis@swdelaw.com

　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF**


**SO ORDERED**, this _____ day of _____, 2019.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Judge - United States District Court